In the United States District Court

for the _____ District of __Guam__

United States of America

v.

MAK KAM FAI a/k/a MAK FAI

Criminal No. 03-00044

Consent to Transfer of Case

for Plea and Sentence

(*Under Rule 20*)

**FILED**
DISTRICT COURT OF GUAM

OCT 17 2006

MARY L.M. MORAN
CLERK OF COURT

I, __MAK KAM FAI__, defendant, have been informed that a__n indictment__ (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead __guilty__ (*guilty, nolo contendere*) to the offense charged, to consent to the disposition of the case in the __Southern__ District of __New York__ in which I __am held__ (*am under arrest, am held*) and to waive trial in the above captioned District.

Dated: __October 12, 2006__ at __11:00 AM__

__MAK KAM FAI__ /s/ Mak, Kam
(*Defendant*)

/s/
(*Witness*)

/s/
(*Counsel for Defendant*)

Approved

MICHAEL J. GARCIA /s/ by Boyd Johnson
United States Attorney for the
__Southern__ District of __New York__

LEONARDO M. RAPADAS /s/ AUSA
United States Attorney for the
_____ District of __Guam__

ORIGINAL

FORM USA-153
SEP 82