# United States District Court

DISTRICT OF GUAM
4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

MARY L.M. MORAN
CLERK OF COURT

TEL: (671) 473-9100
FAX: (671) 473-9152

October 20, 2006

Mr. J. Michael McMahon
Clerk of Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: Criminal Case 03-00044-001
USA vs Mak Kam Fai aka Mak Fai

**06 CRIM 1130**

Dear Mr. McMahon:

Pursuant to a Transfer Notice and Consent to Transfer of Case for Plea and Sentence (Under Rule 20), enclosed are certified copies of the following:

a. Indictment, filed May 14, 2003
b. Consent to Transfer Case for Plea and Sentence, filed October 17, 2006
c. Rule 20 - Transfer Notice, filed October 17, 2006
d. Docket Sheet

Kindly acknowledge receipt of the enclosed letter. Thank you.

Sincerely,

Marilyn B. Alcon
Deputy Clerk

cc: U.S. Attorney's Office, Guam (w/o encl)    U.S. Probation Office, Guam (w/o encl)



RECEIVED
DEC 13 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM